Cite as 2022 Ark. 222

# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE CLIENT SECURITY FUND COMMITTEE | **Opinion Delivered** December 15, 2022 |

## PER CURIAM

The court appoints Sydney Rasch, Esq., of North Little Rock, Second Congressional District, to the Client Security Fund Committee for a term expiring on July 31, 2027. The court appreciates Ms. Rasch's willingness to serve on this important committee.

Kandice A. Bell, Esq., of White Hall, Third Congressional District, is reappointed to the Client Security Fund Committee for a five-year term expiring on July 31, 2027. The court thanks Ms. Bell for her continued service.